# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDDY JOE BURTON and JAN PAUL KOCH,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ANNE PANTELAS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:11-cv-01129-APG-PAL<br><br>**ORDER FOR STATUS REPORT** |

　　　　In January 2016, I ordered the parties to provide a status report on the appeal. Only the defendants responded, stating that the parties were awaiting the Ninth Circuit's decision on the petition for rehearing. ECF No. 64. Another year and a half has come and gone. I therefore direct the parties to file a joint status report regarding what efforts, if any, they have made to inquire about the status of the Ninth Circuit's decision, including whether they have resorted to the procedure set forth in the Circuit Advisory Committee Note to Ninth Circuit Rule 25-2 to communicate to the Ninth Circuit the fact that the petition for rehearing has been pending for approximately three years. *See* ECF No. 62.

　　　　IT IS THEREFORE ORDERED that on or before July 28, 2017, the parties shall file a joint status report regarding what efforts they have taken to inquire about the Ninth Circuit's decision on the petition for rehearing, including whether they have notified the Ninth Circuit of the fact that the petition is still pending through the means set forth in the Circuit Advisory Committee Note to Ninth Circuit Rule 25-2.

　　　　DATED this 10th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE