UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FREDDY JOE BURTON and JAN PAUL KOCH,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE PANTELAS, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-01129-APG-PAL<br><br>**ORDER FOR STATUS REPORT** |

Now that the matter on appeal has been resolved (ECF Nos. 67, 68, 70), this case is ready to move forward.

IT IS THEREFORE ORDERED that the stay previously imposed while the appeal was pending (ECF No. 58) is lifted. The parties shall confer about the status of the remaining claims and report to Magistrate Judge Leen about how to proceed. I leave it to her to decide the timing and content of any report or conference she may order.

DATED this 4th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE